**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:
SANDIA RESORTS, INC., § Case No. 15-11532-t7
§ Chapter 7
Debtor(s) §
§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Philip J. Montoya, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $51,550.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $312,894.75 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $237,676.16 | | |

3) Total gross receipts of $550,570.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $550,570.91 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,067,187.49 | $4,578,276.49 | $249,403.62 | $249,403.62 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $231,353.16 | $231,353.16 | $231,353.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $6,323.00 | $6,323.00 | $6,323.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $61,036.96 | $27,173.09 | $19,931.19 | $19,931.19 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,034,834.99 | $438,563.85 | $356,251.31 | $43,559.94 |
| **TOTAL DISBURSEMENTS** | $3,163,059.44 | $5,281,689.59 | $863,262.28 | $550,570.91 |

4) This case was originally filed under chapter 7 on 06/09/2015, and it was converted to chapter 7 on 12/09/2016. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2019    By: /s/ Philip J. Montoya
                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account at New Mexico Bank & Trust | 1229-000 | $320.91 |
| Hotel: 5601 Alameda Blvd. NE, ABQ, NM | 1110-000 | $550,000.00 |
| Petty cash - cashiers check | 1129-000 | $250.00 |
| **TOTAL GROSS RECEIPTS** | | **$550,570.91** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | INTERNAL REVENUE SERVICE | 4300-000 | $0.00 | $8,211.38 | $15,978.19 | $15,978.19 |
| 2 | BERNALILLO COUNTY TREASURER | 4700-000 | $0.00 | $156,965.43 | $195,755.19 | $195,755.19 |
| 5S | NEW MEXICO TAXATION & REVENUE DEPARTMENT | 4800-000 | $0.00 | $23,736.97 | $19,307.98 | $19,307.98 |
| 9 | NCG, LLC | 4110-000 | $0.00 | $2,100,666.33 | $0.00 | $0.00 |
| 10 | NCG, LLC | 4110-000 | $0.00 | $2,270,334.12 | $0.00 | $0.00 |
| 11 | CITY OF ALBUQUERQUE | 4800-000 | NA | $18,362.26 | $18,362.26 | $18,362.26 |
| N/F | Bernalillo County Treasurer | 4110-000 | $167,187.49 | NA | NA | NA |
| N/F | First National Bank of Santa Fe c/o Ric Leverick | 4110-000 | $1,900,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,067,187.49** | **$4,578,276.49** | **$249,403.62** | **$249,403.62** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Philip J. Montoya | 2100-000 | NA | $30,778.55 | $30,778.55 | $30,778.55 |
| Trustee, Expenses - Philip J. Montoya | 2200-000 | NA | $2,544.52 | $2,544.52 | $2,544.52 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $215.14 | $215.14 | $215.14 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,906.67 | $2,906.67 | $2,906.67 |
| Chapter 7 Operating Case Expenses - New Mexico Bank and Trust | 2690-000 | NA | $2,618.07 | $2,618.07 | $2,618.07 |
| Other State or Local Taxes (post-petition) - BERNALILLO COUNTY TREASURER | 2820-000 | NA | $51,358.98 | $51,358.98 | $51,358.98 |
| Other State or Local Taxes (post-petition) - New Mexico Taxation & Revenue Department | 2820-000 | NA | $51.00 | $51.00 | $51.00 |
| Attorney for Trustee Fees (Other Firm) - Walker & Associates P. C. | 3210-000 | NA | $57,132.30 | $57,132.30 | $57,132.30 |
| Attorney for Trustee Expenses (Other Firm) - Walker & Associates P. C. | 3220-000 | NA | $310.41 | $310.41 | $310.41 |
| Accountant for Trustee Fees (Other Firm) - Steven W. Johnson | 3410-000 | NA | $3,756.84 | $3,756.84 | $3,756.84 |
| Attorney for Debtor Fees - Meagle Law, PA | 3701-000 | NA | $75,683.29 | $75,683.29 | $75,683.29 |
| Attorney for Debtor Fees - Moses Dunn Farmer Tuthill, PC | 3701-000 | NA | $3,997.39 | $3,997.39 | $3,997.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $231,353.16 | $231,353.16 | $231,353.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Receiver's Commission (Chapter 11) - C. Randel Lewis | 6700-560 | NA | $6,323.00 | $6,323.00 | $6,323.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $6,323.00 | $6,323.00 | $6,323.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $981.46 | $176.65 | $176.65 |
| 3 | BERNALILLO COUNTY TREASURER | 5800-000 | $0.00 | $10,220.06 | $14,003.03 | $14,003.03 |
| 4 | BERNALILLO COUNTY TREASURER | 5800-000 | $0.00 | $10,220.06 | $0.00 | $0.00 |
| 5P | NEW MEXICO TAXATION & REVENUE DEPARTME | 5800-000 | $0.00 | $4,126.51 | $4,126.51 | $4,126.51 |
| 15 | U.S. Trustee | 5800-000 | NA | $1,625.00 | $1,625.00 | $1,625.00 |
| N/F | City of Albuquerque Eric Locher, ACA | 5800-000 | $20,000.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | $1,026.16 | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | $1,026.16 | NA | NA | NA |
| N/F | Internal Revenue Service Internal Revenue Service Center | 5800-000 | $3,400.00 | NA | NA | NA |
| N/F | New Mexico Taxation & Revenue Department | 5800-000 | $5,939.82 | NA | NA | NA |
| N/F | New Mexico Taxation & Revenue Department | 5800-000 | $5,939.82 | NA | NA | NA |
| N/F | State of New Mexico CRS Division | 5800-000 | $23,705.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$61,036.96** | **$27,173.09** | **$19,931.19** | **$19,931.19** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $9,237.54 | $0.00 | $0.00 |
| 5U | NEW MEXICO TAXATION & REVENUE DEPARTMENT | 7100-000 | $0.00 | $648.25 | $648.25 | $79.27 |
| 6 | UNITED STATES BANKRUPTCY COURT - VANTAGE HOSPITALITY GROUP | 7100-001 | $0.00 | $2,331.50 | $2,331.50 | $285.08 |
| 7 | Giddens, Gatton & Jacobus, P.C. | 7100-000 | $0.00 | $18,275.19 | $18,275.19 | $2,234.56 |
| 8 | RESHAM DASS | 7100-000 | $0.00 | $324,105.63 | $324,105.63 | $39,629.39 |
| 12 | UNITED STATES BANKRUPTCY COURT - HARMINDER SIAN | 7100-001 | $0.00 | $66,000.00 | $1,500.00 | $183.41 |
| 13 | NCG, LLC c/o Richard Leverick | 7100-000 | $0.00 | $8,575.00 | $8,575.00 | $1,048.49 |
| 14 | Giddens, Gatton & Jacobus, P.C. | 7100-000 | $0.00 | $815.74 | $815.74 | $99.74 |
| 16 | NCG, LLC c/o Richard Leverick | 7200-000 | NA | $8,575.00 | $0.00 | $0.00 |
| N/F | Harminder Sian | 7100-000 | $13,500.00 | NA | NA | NA |
| N/F | Harminder Sian | 7100-000 | $13,500.00 | NA | NA | NA |
| N/F | Moore, Berkson, Bassan & Behles | 7100-000 | $18,275.19 | NA | NA | NA |
| N/F | Moore, Berkson, Bassan & Behles | 7100-000 | $18,275.19 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Pacific Coast Lodging Supply c/o L. Castleman c/o Christophe | 7100-000 | $815.74 | NA | NA | NA |
| N/F | Pacific Coast Lodging Supply c/o L. Castleman c/o Christophe | 7100-000 | $815.74 | NA | NA | NA |
| N/F | Ramada Corporation | 7100-000 | $324,105.63 | NA | NA | NA |
| N/F | Ramada Corporation | 7100-000 | $316,778.87 | NA | NA | NA |
| N/F | Ramada Corporation | 7100-000 | $324,105.63 | NA | NA | NA |
| N/F | Vantage Hospitality Group, Inc. | 7100-000 | $2,331.50 | NA | NA | NA |
| N/F | Vantage Hospitality Group, Inc. | 7100-000 | $2,331.50 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $1,034,834.99 | $438,563.85 | $356,251.31 | $43,559.94 |

Case No.: 15-11532-t7  
Case Name: SANDIA RESORTS, INC  
For Period Ending: 03/13/2019

Trustee Name: (510120) Philip J. Montoya  
Date Filed (f) or Converted (c): 12/09/2016 (c)  
§ 341(a) Meeting Date: 01/17/2017  
Claims Bar Date: 04/24/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Hotel: 5601 Alameda Blvd. NE, ABQ, NM<br>Imported from original petition Doc# 14 | 1,200,000.00 | 0.00 | | 550,000.00 | FA |
| 2 | Hotel Real Estate and Improvements (u)<br>Imported from Amended Doc#: 291 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand (u)<br>Imported from Amended Doc#: 291 | 1,300.00 | 1,300.00 | | 0.00 | FA |
| 4 | Cash on hand (u)<br>Imported from Amended Doc#: 291 | 250.00 | 250.00 | | 0.00 | FA |
| 5 | Checking Account at New Mexico Bank & Trust (u)<br>Imported from Amended Doc#: 291 | 30,781.11 | 30,781.11 | | 320.91 | FA |
| 6 | Potential cause of action against Don Harris (u)<br>Imported from Amended Doc#: 291 | Unknown | Unknown | | 0.00 | FA |
| 7 | Potential cause(s) of action against NCG, LLC an (u)<br>Imported from Amended Doc#: 291 | Unknown | Unknown | | 0.00 | FA |
| 8 | Potential cause(s) of action against FNBSF (u)<br>Imported from Amended Doc#: 291 | Unknown | Unknown | | 0.00 | FA |
| 9 | Potential cause of action against Peak Hospitali (u)<br>Imported from Amended Doc#: 291 | Unknown | Unknown | | 0.00 | FA |
| 10 | Potential cause of action against C Randel Lewis (u)<br>Imported from Amended Doc#: 291 | Unknown | Unknown | | 0.00 | FA |
| 11 | Potential causes of action against other 3rd (u)<br>Imported from Amended Doc#: 291 | Unknown | Unknown | | 0.00 | FA |
| 12 | Room furnishings at 5601 Alameda NE<br>Imported from original petition Doc# 14 | 50,000.00 | 7,831.59 | | 0.00 | FA |
| 13 | All furniture, fixtures, equipment, furnishings, (u)<br>Imported from Amended Doc#: 291 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$1,282,331.11** | **$40,162.70** | | **$550,320.91** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 15-11532-t7
**Case Name:** SANDIA RESORTS, INC

**For Period Ending:** 03/13/2019

**Trustee Name:** (510120) Philip J. Montoya
**Date Filed (f) or Converted (c):** 12/09/2016 (c)
**§ 341(a) Meeting Date:** 01/17/2017
**Claims Bar Date:** 04/24/2017

**Major Activities Affecting Case Closing:**

    12.09.16 Sell Hotel, Furniture and Fixtures
    1.19.17 Steve Johnson employed as accountant for Trustee.
    7.24.17 - Harmon Sian's appeal pending.
    8.30.17 Bankruptcy Appellate Panel Opinion. Appeal is dismissed as moot
    4.17.18 Omnibus Objection to Claim #1,2,3,4,5,11 in the amount of $ by Claimant Bernalillo County Treasure, City of Albuquerque, Internal Revenue Service, New Mexico Taxation and Revenue Department.
    7.28.18 All Claims objections have been resolved. 60 day letter from IRS received. Ready for TFR.

**Initial Projected Date Of Final Report (TFR):** 10/01/2017       **Current Projected Date Of Final Report (TFR):** 09/27/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 15-11532-t7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | SANDIA RESORTS, INC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2000 | Account #: | ******8766 Checking Account |
| For Period Ending: | 03/13/2019 | Blanket Bond (per case limit): | $5,800,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/29/16 | {1} | NCG LLC | Earnest Money Deposit for sale of Real Property at 5601 Alameda Blvd NE, Albuquerque, NM 87113 | 1110-000 | 50,000.00 | | 50,000.00 |
| 01/20/17 | | Old Republic National Title Company | Buyer: NCG, LLC~Property Address: 5601 Alameda NE, ABQ, NM | | 183,554.81 | | 233,554.81 |
| | {1} | NCG< LLC | Gross sales price of property per order $500,000.00 | 1110-000 | | | 233,554.81 |
| | | BERNALILLO COUNTY TREASURER | Post petition real property taxes -$53,038.54 | 2820-000 | | | 233,554.81 |
| | | CITY OF ALBUQUERQUE | Past due lodger tax -$18,362.26 | 4800-000 | | | 233,554.81 |
| | | NEW MEXICO TAXATION & REVENUE DEPARTMENT | Tax lien payoff -$19,307.98 | 4800-000 | | | 233,554.81 |
| | | BERNALILLO COUNTY TREASURER | Personal property taxes -$14,003.03 | 5800-000 | | | 233,554.81 |
| | | INTERNAL REVENUE SERVICE | Payoff tax lien -$15,978.19 | 4300-000 | | | 233,554.81 |
| | | BERNALILLO COUNTY TREASURER | Pre-petition real property taxes -$195,755.19 | 4700-000 | | | 233,554.81 |
| 02/28/17 | 101 | New Mexico Bank and Trust | Bring operating account to zero balance before closing | 2690-000 | | 2,618.07 | 230,936.74 |
| 07/13/17 | | Old Republic National Title Company | Refund overpayment re: Hotel sale | 2820-000 | | -1,679.56 | 232,616.30 |
| 07/13/17 | | NCG | Petty cash - cashiers check | 1129-000 | 250.00 | | 232,866.30 |
| 07/13/17 | {5} | NM Bank and Trust | Balance of DIP account | 1229-000 | 320.91 | | 233,187.21 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 322.39 | 232,864.82 |
| 08/30/17 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2017 FOR CASE #15-11532 | 2300-000 | | 175.47 | 232,689.35 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 368.46 | 232,320.89 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 323.06 | 231,997.83 |
| 10/10/17 | 103 | Walker & Associates P. C. | | | | 38,905.53 | 193,092.30 |
| | | | Payment of 75% fees and costs per order filed 1/19/17 $38,638.61 | 3210-000 | | | 193,092.30 |
| | | | Payment of 100% of costs per | 3220-000 | | | 193,092.30 |

Page Subtotals: $234,125.72 $41,033.42

Case 15-11532-t7   Doc 465   Filed 04/09/19   Entered 04/09/19 09:16:17   Page 11 of 15

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 15-11532-t7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | SANDIA RESORTS, INC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2000 | Account #: | ******8766 Checking Account |
| For Period Ending: | 03/13/2019 | Blanket Bond (per case limit): | $5,800,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | order filed 1/19/17 $266.92 | | | | |
| 10/16/17 | 104 | Moses Dunn Farmer Tuthill, PC | Payment of fees per order filed 5/11/17 | 3701-000 | | 3,997.39 | 189,094.91 |
| 10/16/17 | 105 | Meagle Law, PA | Payment of fees per order filed 5/12/17 | 3701-000 | | 75,683.29 | 113,411.62 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 278.48 | 113,133.14 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 162.72 | 112,970.42 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 157.07 | 112,813.35 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 178.49 | 112,634.86 |
| 02/21/18 | 106 | Steven W. Johnson | 75% of fees per order filed 12/22/16 | 3410-000 | | 2,099.91 | 110,534.95 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 151.10 | 110,383.85 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 158.76 | 110,225.09 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 153.25 | 110,071.84 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 174.16 | 109,897.68 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 152.80 | 109,744.88 |
| 07/03/18 | 107 | New Mexico Taxation & Revenue Department | Due with 2017 State Corporate income tax return | 2820-000 | | 51.00 | 109,693.88 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 168.31 | 109,525.57 |
| 08/01/18 | 108 | C. Randel Lewis | Payment of Prior Chapter Admin Claim per order file March 16, 2017 | 6700-560 | | 6,323.00 | 103,202.57 |
| 08/20/18 | 109 | International Sureties, Ltd. | Blanket bond allocation payment per order filed 8/15/18 | 2300-000 | | 39.67 | 103,162.90 |
| 08/31/18 | 110 | Walker & Associates P. C. | Payment of fees and expenses per order filed 8/30/18 | | | 18,537.18 | 84,625.72 |
| | | | Payment of fees per order filed 8/30/18 $18,493.69 | 3210-000 | | | 84,625.72 |
| | | | Payment of expenses per order filed 8/30/18 $43.49 | 3220-000 | | | 84,625.72 |
| 08/31/18 | 111 | STEVEN JOHNSON | Payment of fees per order filed | 3410-005 | | 3,756.84 | 80,868.88 |

Page Subtotals: $0.00 $112,223.42

Case 15-11532-t7   Doc 465   Filed 04/09/19   Entered 04/09/19 09:16:17 Page 12 of 15

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-11532-t7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | SANDIA RESORTS, INC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2000 | Account #: | ******8766 Checking Account |
| For Period Ending: | 03/13/2019 | Blanket Bond (per case limit): | $5,800,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 8/30/18 Stopped on 09/06/2018 | | | | |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 157.62 | 80,711.26 |
| 09/06/18 | 111 | STEVEN JOHNSON | Payment of fees per order filed 8/30/18 Stopped on 09/06/2018 | 3410-005 | | -3,756.84 | 84,468.10 |
| 09/06/18 | 112 | Steven W. Johnson | Payment of fees per order filed 8/30/18. | 3410-000 | | 1,656.93 | 82,811.17 |
| 10/25/18 | 113 | Philip J. Montoya | Combined trustee compensation & expense dividend payments. | | | 33,323.07 | 49,488.10 |
| | | | Claims Distribution - Fri, 09-14-2018 $30,778.55 | 2100-000 | | | 49,488.10 |
| | | | Claims Distribution - Fri, 09-14-2018 $2,544.52 | 2200-000 | | | 49,488.10 |
| 10/25/18 | 114 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $176.65; Claim # 1P; Filed: $981.46 | 5800-000 | | 176.65 | 49,311.45 |
| 10/25/18 | 115 | NEW MEXICO TAXATION & REVENUE DEPARTME | Distribution payment - Dividend paid at 100.00% of $4,126.51; Claim # 5P; Filed: $4,126.51 | 5800-000 | | 4,126.51 | 45,184.94 |
| 10/25/18 | 116 | U.S. Trustee | Distribution payment - Dividend paid at 100.00% of $1,625.00; Claim # 15; Filed: $1,625.00 | 5800-000 | | 1,625.00 | 43,559.94 |
| 10/25/18 | 117 | NEW MEXICO TAXATION & REVENUE DEPARTMENT | Distribution payment - Dividend paid at 12.23% of $648.25; Claim # 5U; Filed: $648.25 | 7100-000 | | 79.27 | 43,480.67 |
| 10/25/18 | 118 | VANTAGE HOSPITALITY GROUP | Distribution payment - Dividend paid at 12.23% of $2,331.50; Claim # 6; Filed: $2,331.50 Stopped on 02/13/2019 | 7100-005 | | 285.08 | 43,195.59 |
| 10/25/18 | 119 | Giddens, Gatton & Jacobus, P.C. | Combined dividend payments for Claim #7, 14 | | | 2,334.30 | 40,861.29 |
| | | | Claims Distribution - Fri, 09-14-2018 $2,234.56 | 7100-000 | | | 40,861.29 |
| | | | Claims Distribution - Fri, 09-14-2018 $99.74 | 7100-000 | | | 40,861.29 |
| 10/25/18 | 120 | RESHAM DASS | Distribution payment - Dividend paid at 12.23% of $324,105.63; Claim # 8; Filed: $324,105.63 | 7100-000 | | 39,629.39 | 1,231.90 |
| 10/25/18 | 121 | HARMINDER SIAN | Distribution payment - Dividend paid at 12.23% of $1,500.00; Claim # 12; Filed: $66,000.00 Stopped on 02/13/2019 | 7100-005 | | 183.41 | 1,048.49 |

Page Subtotals: $0.00 $79,820.39

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 15-11532-t7 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | SANDIA RESORTS, INC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2000 | Account #: | ******8766 Checking Account |
| For Period Ending: | 03/13/2019 | Blanket Bond (per case limit): | $5,800,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/25/18 | 122 | NCG, LLC c/o Richard Leverick | Distribution payment - Dividend paid at 12.23% of $8,575.00; Claim # 13; Filed: $8,575.00 | 7100-000 | | 1,048.49 | 0.00 |
| 02/13/19 | 118 | VANTAGE HOSPITALITY GROUP | Distribution payment - Dividend paid at 12.23% of $2,331.50; Claim # 6; Filed: $2,331.50 Stopped on 02/13/2019 | 7100-005 | | -285.08 | 285.08 |
| 02/13/19 | 121 | HARMINDER SIAN | Distribution payment - Dividend paid at 12.23% of $1,500.00; Claim # 12; Filed: $66,000.00 Stopped on 02/13/2019 | 7100-005 | | -183.41 | 468.49 |
| 02/14/19 | 123 | UNITED STATES BANKRUPTCY COURT | Unclaimed funds for claims 6 and 12 | | | 468.49 | 0.00 |
| | | | Unclaimed dividend on Claim 6 $285.08 | 7100-001 | | | 0.00 |
| | | | Unclaimed dividend on claim #12 $183.41 | 7100-001 | | | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 234,125.72 | 234,125.72 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 234,125.72 | 234,125.72 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$234,125.72** | **$234,125.72** | |

Case 15-11532-t7    Doc 465    Filed 04/09/19    Entered 04/09/19 09:16:17 Page 14 of 15

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-11532-t7 | **Trustee Name:** | Philip J. Montoya (510120) | |
| **Case Name:** | SANDIA RESORTS, INC | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2000 | **Account #:** | ******8766 Checking Account | |
| **For Period Ending:** | 03/13/2019 | **Blanket Bond (per case limit):** | $5,800,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8766 Checking Account | $234,125.72 | $234,125.72 | $0.00 |
| | $234,125.72 | $234,125.72 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)